IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>MAKAYLA MORRISSEY,<br><br>                    Defendant. | 8:18CR275<br><br>**FINAL ORDER<br>OF FORFEITURE** |

This matter is before the Court on the government's Motion for Final Order of Forfeiture (Filing No. 63). The Court has reviewed the record in this case and finds as follows:

1. On September 17, 2019, the Court entered a Preliminary Order of Forfeiture (Filing No. 56) pursuant to 21 U.S.C. §§ 846 and 853 and based upon defendant Makayla Morrissey ("Morrissey") pleading guilty to Count I of the Information (Filing No. 48) and the Court accepting the agreement of the parties to the forfeiture of $11,470.00 in United States currency. Under the Preliminary Order of Forfeiture, Morrissey forfeited any interest she had in $11,470.00 in United States currency taken from her on or about May 8, 2018, to the government.

2. A Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on September 21, 2019, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed in this case on November 20, 2019 (Filing No. 62).

3. The government has advised the Court that no Petitions have been filed. A review of the record supports that assertion.

4. The government's Motion for Final Order of Forfeiture should be granted. Accordingly,

IT IS ORDERED:
1. The government's Motion for Final Order of Forfeiture (Filing No. 63) is granted.
2. All right, title and interest in and to the $11,470.00 in United States currency taken from Morrissey on or about May 8, 2018, held by any person or entity are forever barred and foreclosed.
3. The $11,470.00 in United States currency is forfeited to the government.
4. The government is directed to dispose of that currency in accordance with law.

Dated this 29nd day of January 2019.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge